# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

RYANN HUFF,

     Plaintiff,

v.                                                                                          Case No: 5:22-cv-286-JSM-PRL

TRANS UNION LLC,

     Defendant.

_____

## ORDER

The Court has been advised via a Notice of Pending Settlement (Dkt. 49) that the above-styled action has been settled as to Defendant Trans Union LLC. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Trans Union LLC and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Defendant Trans Union LLC. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of December, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record